UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CANIS HUNT, | ) | No. SACV 08-1148-PA (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| DEBRA DEXTER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 27, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE